# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WENDELL DWAYNE O'NEAL,

    Plaintiff,

vs.

EMPIRE FIRE AND MARINE INS. CO., et al.,

    Defendants.

Case No. 2:16-cv-02313-JCM-CWH

**ORDER**

    Presently before the court is Plaintiff Wendell Dwayne O'Neal's Motion to Amend Injunctive Relief Removal Away From Emergency (ECF No. 58), filed on May 26, 2017. Although it is somewhat unclear, the court understands Plaintiff to be stating that emergency consideration of his Emergency Motion for Removal of State Court Injunctive Relief to Preserve Civil Rights Litigation Opportunity (ECF No. 35) is no longer requested given events that have occurred in state court. Having reviewed and considered the motion, and good cause appearing,

    IT IS ORDERED that Plaintiff Wendell Dwayne O'Neal's Motion to Amend Injunctive Relief Removal Away From Emergency (ECF No. 58) is GRANTED. The court will not give emergency consideration to ECF No. 35.

DATED: June 8, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**